# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| PRUDENTIAL OVERALL SUPPLY, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> CHARLES RIVER LABORATORIES, INC. SUCCESSOR BY MERGER TO COGNATE BIO SERVICES, INC, <br><br> Defendant/Counter-Plaintiff. | No. 2:25-cv-2522-SHL-tmp |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Defendant's Notice of Removal (ECF No. 1), filed May 15, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice (ECF No. 25), filed November 17, 2025, all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

November 17, 2025
Date